UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60015-CR-SINGHAL (COHN)

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ALEXANDRA RAMIREZ,

     Defendant.

_____/

## NOTICE

PLEASE TAKE NOTICE that at the status conference in the above-styled case scheduled for **Tuesday, May 16, 2023 at 9:30 a.m.**, the Court will hear argument for all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of May, 2023.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF